IN THE U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATT RAEBURN AND JEFF MOORE                                                           PLAINTIFFS

V.                            CASE NO. 4:24-cv-00706-DPM

JAMES GIBSON                                                                          DEFENDANT

**MOTION TO WITHDRAW AS COUNSEL**

Comes now CHRISTOPHER M. STEVENS and for his Motion to Withdraw as Counsel for Defendant James Gibson, states as follows:

1. Christopher M. Stevens, counsel of record for Defendant James Gibson, respectfully requests the Court's permission to withdraw as counsel of record.

2. Harper Lee Kiefer and Margaret Diane Depper of the law firm Fuqua Campbell, P.A. will continue to represent Defendant.

3. No prejudice will result from granting this motion.

WHEREFORE, Christopher M. Stevens respectfully requests that the Court grant his Motion to Withdraw as Counsel.

Respectfully submitted,

/s/ Christopher M. Stevens
Christopher M. Stevens (2012289)
cstevens@hallboothsmith.com

**HALL BOOTH SMITH, P.C.**
200 River Market Avenue
Suite 500
Little Rock, AR 72201
(501) 319-6995